UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL J. RINKINS,
    Petitioner,

vs.                              Case No.:  4:24cv56/MCR/ZCB

SECRETARY DEPARTMENT OF
CORRECTIONS,
    Respondent.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 1, 2024. (Doc. 26). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 26) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 20) is **GRANTED**.

1

3. The 28 U.S.C. § 2254 petition for a writ of habeas corpus (Doc. 10) is **DISMISSED with prejudice** as untimely.

4. A certificate of appealability is **DENIED**.

5. The Clerk is instructed to close the file.

**DONE AND ORDERED** this 27th day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**